**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE 2014 RADIOSHACK ERISA LITIGATION,** | |
| **THIS DOCUMENT RELATES TO:** | MASTER FILE NO. 4:14-cv-00959-O |
| **ALL ACTIONS** | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys appear for Banco Popular De Puerto Rico in the above entitled action and request that all papers filed or served in this action be served upon them via electronic service pursuant to Local Rule 5.1.(d). Contact information for each attorney is provided below.

Dated: May 20, 2015.

4813-5839-41481

Dated:  May 20, 2015.                                  Respectfully submitted,


                                            s/ Dennis J. Keithly, Jr.
                                            Andrew W. Yung
                                            Dennis J. Keithly, Jr.
                                            Yung Keithly LLP
                                            208 N. Market Street, Suite 200
                                            Dallas, TX  75202
                                            214.220.0422
                                            214.220.9932 (facsimile)
                                            Andrew.yung@yungkeithly.com
                                            Dennis.keithly@yungkeithly.com


                                            Nancy J. Sennett (Motion for Admission *pro hac vice* to be filed)
                                            David J.B. Froiland (Motion for Admission *pro hac vice* to be filed)
                                            Aaron R. Wegrzyn (Motion for Admission *pro hac vice* to be filed)
                                            Foley & Lardner LLP
                                            777 East Wisconsin Avenue
                                            Milwaukee, WI 53202-5306
                                            414.297.5522 (NJS)
                                            414.297.5579 (DJBF)
                                            414.319.7028 (ARW)
                                            414.297.4900 (facsimile)
                                            nsennett@foley.com
                                            dfroiland@foley.com
                                            awegryzn@foley.com

                                            *Attorneys for Defendant Banco Popular De Puerto Rico*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, which in turn will provide service to all counsel of record who have consented to accept the Court's Notice as service by electronic means.

s/ Dennis J. Keithly, Jr.