UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Manoj P. Singh, individually and on behalf
of all others similarly situated, §
§
_____Plaintiff_____ §
§
§
v. § Case No. <u>4:14-cv-00959-O</u>
§
§
<u>RadioShack Corp., et al.</u> §
_____Defendant_____ §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

<u>Foley & Lardner LLP</u>_____, with offices at

<u>777 East Wisconsin Avenue</u>_____
(Street Address)

<u>Milwaukee</u>_____ <u>WI</u>_____ <u>53202</u>_____
(City)                                    (State)                (Zip Code)

<u>(414) 297-5522</u>_____ <u>(414) 297-4900</u>_____
(Telephone No.)                           (Fax No.)

II. Applicant will sign all filings with the name <u>Nancy J. Sennett</u>_____.

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Banco Popular de Puerto Rico

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Wisconsin_____, where Applicant regularly practices law.

Bar license number: 1009940     Admission date: September 13, 1979

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Please see attached | | |
| | | |
| | | |
| | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:       Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Yung Keithly LLP                                                                                  , who has offices at

208 N. Market Street, Suite 200
(Street Address)

Dallas                                        TX                    75202
(City)                                        (State)                (Zip Code)

(214) 220-0422                                (214) 220-9932
(Telephone No.)                               (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 20 day of May, 2015.

Nancy J. Sennett
Printed Name of Applicant

*/s/ Nancy J. Sennett*
Signature

V.
Attachment to
*Pro Hac Vice* Application of
Nancy J. Sennett

(All Active)

| | |
|---|---|
| U.S. Appeals Court, Third Circuit | May 21, 2001 |
| U.S. Appeals Court, Fourth Circuit | June 3, 2002 |
| U.S. Appeals Court, Fifth Circuit | June 10, 1994 |
| U.S. Appeals Court, Seventh Circuit | November 1, 1988 |
| U.S. Court of Appeals, Ninth Circuit | April 28, 1999 |
| U.S. Appeals Court, Eleventh Circuit | August 14, 2006 |
| U.S. District Court, Arizona | January 30, 1998 |
| U.S. District Court, Western District of Wisconsin | March 11, 1988 |
| U.S. District Court, Eastern District of Wisconsin | October 11, 1979 |

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Diane M. Fremgen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*NANCY J. SENNETT*

*was admitted to practice as an attorney within this state on September 13, 1979 and is presently in good standing in this court.*

*Dated: May 13, 2015*

DIANE M. FREMGEN
*Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Manoj P. Singh, individually and on behalf of all others similarly situated, §<br>*Plaintiff* §<br>§<br>§<br>v. §   Case No. _____4:14-cv-00959-O_____<br>§<br>Radioshack Corp., et al. §<br>§<br>*Defendant* § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

Nancy J. Sennett                                                                                           .

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____                    _____
DATE                                                                   PRESIDING JUDGE