**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)<br>)  MASTER FILE NO. 4:14-cv-00959-O<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER REGARDING JOINT STIPULATION ON MOTION TO DISMISS
BRIEFING SCHEDULE & JOINT REQUEST FOR AN EXTENSION OF
TIME TO SUBMIT A JOINT PROPOSED SCHEDULING ORDER**

Having considered the Parties' Joint Stipulation on Motion to Dismiss Briefing Schedule & Joint Request for an Extension of Time to Submit a Joint Proposed Scheduling Order (ECF No. 68), it is **ORDERED** that:

1. The responsive pleading deadline with respect to Plaintiffs' Amended Consolidated Class Action Complaint is as follows:

    a. Defendants, including the Non-Debtor Defendants, Wells Fargo, and Banco Popular, shall have until **August 18, 2015** to answer, move, or otherwise respond to Plaintiffs' Amended Consolidated Class Action Complaint;

    b. Plaintiffs shall have until **October 18, 2015** to file their opposition; and

    c. Defendants' reply motions shall be due or **November 17, 2015**.

2. The Parties are to submit a Joint Proposed Scheduling Order no later than **May 29, 2015**.

    **SO ORDERED** on this **22nd day** of **May, 2015**.

                                                              _____
                                                              Reed O'Connor
                                                              **UNITED STATES DISTRICT JUDGE**

**AGREED:**

/s/ *Mark K. Gyandoh*
**KESSLER TOPAZ MELTZER & CHECK LLP**
Edward W. Ciolko (*Pro Hac Vice pending*)
Donna Siegel Moffa (*Pro Hac Vice pending*)
Mark K. Gyandoh (*admitted Pro Hac Vice*)
Julie Siebert-Johnson (*admitted Pro Hac Vice*)
280 King Of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056
Email:  eciolko@ktmc.com
            dmoffa@ktmc.com
            mgyandoh@ktmc.com
            jsjohnson@ktmc.com

*Interim Lead Class Counsel Committee Chair*


Gerald D. Wells, III
Robert J. Gray
**CONNOLLY WELLS & GRAY, LLP**
(*Pro Hac Vice to be requested*)
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA  19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800
Email:  gwells@cwg-law.com
            rgray@cwg-law.com


Michael J. Klein (*admitted Pro Hac Vice*)
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone:  (212) 687-7230
Facsimile:  (212) 490-2022
Email:  mklein@ssbny.com

*Interim Lead Class Counsel Committee Members*

/s/ *Jeremy P. Blumenfeld*
**MORGAN, LEWIS & BOCKIUS LLP**
Jeremy P. Blumenfeld (*admitted Pro Hac Vice*)
1701 Market Street
Philadelphia, PA 19103
Phone:  215.963.5258
Fax:  215.963.5001
Email:  jblumenfeld@morganlewis.com

Ellen L. Perlioni
1717 Main Street, Suite 3200
Dallas, TX 75201
Phone:  214.466.4000
Fax:  214.466.4001
Email:  ellen.perlioni@morganlewis.com

Matthew A. Russell (*admitted pro hac vice*)
77 W. Wacker Drive
Chicago, IL 60601
Phone:  312.324.1771
Fax:  312.324.1001
Email:  marussell@morganlewis.com

*Counsel for Defendants RadioShack Corp., RadioShack 401(k) Plan Admin. Committee, RadioShack Puerto Rico Plan Admin. Committee, RadioShack 401(k) Plan Employee Benefits Committee, and RadioShack Puerto Rico Plan Employee Benefits Committee*


/s/ *Russell L. Hirschhorn*
**PROSKAUER ROSE LLP**
Howard Shapiro (*admitted pro hac vice*)
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone:  (504) 310-4085
Facsimile:  (504) 522-5771
Email:  howshapiro@proskauer.com

**PROSKAUER ROSE LLP**
Russell L. Hirschhorn (*admitted pro hac vice*)

2

Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
**LACKEY HERSHMAN, LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: rlm@lhlaw.net
 beb@lhlaw.net

*Interim Liaison Class Counsel*


George C. Aguilar
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: gaguilar@robbinsarroyo.com

*Counsel for Plaintiff Wolpin*

Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3286
Facsimile: (212) 969-2900
Email: rhirschhorn@proskauer.com

**SIDLEY AUSTIN LLP**
Michelle LeGrand Hartmann
2001 Ross Avenue
Suite 3600
Dallas, Texas 75201
Telephone: (214) 981-3416
Facsimile: (214) 981-3400
Email: mhartmann@sidley.com

**SIDLEY AUSTIN LLP**
Anne E. Rea (*admitted pro hac vice*)
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7156
Facsimile: (312) 853-7036
Email: area@sidley.com

*Attorneys for Defendant Wells Fargo*


/s/ *Nancy J. Sennett*
Andrew W. Yung
Dennis Keithly
**YUNG KEITHLY LLP**
208 N. Market Street, Suite 200
Dallas, TX 75202
214.220.0422
214.220.9932 (facsimile)
Andrew.yung@yungkeithly.com
Dennis.keithly@yungkeithly.com

Nancy J. Sennett (Motion for Admission *pro hac vice* to be filed)
David J.B. Froiland (Motion for Admission *pro hac vice* to be filed)
Aaron R. Wegrzyn (Motion for Admission *pro hac vice* to be filed)
**FOLEY & LARDNER LLP**

3

777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.297.5522 (NJS)
414.297.5579 (DJBF)
414.319.7028 (ARW)
414.297.4900 (facsimile)
nsennett@foley.com
dfroiland@foley.com
awegryzn@foley.com

*Attorneys for Defendant Banco Popular de Puerto Rico*