**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | § § § § § § § § § § § § <br><br> Master File No. 4:14-cv-959-O |

**AMENDED SCHEDULING ORDER**

Before the Court is the parties' Joint Proposed Scheduling Order (ECF No. 76), filed May 29, 2015. Having considered the proposal, the Court **ORDERS** the following:

• Plaintiffs' motion to certify the class shall be filed on or before **October 15, 2015**;

• The Trustee Defendants' request that the stay period in place for the Non-Debtor Defendants be applied to the Trustee Defendants is **DENIED**;

• Defendants' request to stay discovery pending the adjudication of Defendants' motions to dismiss is **DENIED**; and

• Defendants' request to bifurcate class discovery and merits discovery is **DENIED**.

It is **FURTHER ORDERED** that the Court's Scheduling Order of January 26, 2015 (ECF No. 34) is amended as follows:

| | |
|---|---|
| Deadline for Motions for Leave to Join Parties or Amend Pleadings (¶ 2) | August 27, 2015 |
| Initial Expert Designation & Report (¶ 4 a.) | December 23, 2015 |
| Responsive Expert Designation & Report (¶ 4 b.) | January 22, 2016 |
| Rebuttal Expert Designation (¶ 4 c.) | 30 days after disclosure made by other party |

| Expert Objections (¶ 4 d.) | July 18, 2016 |
| --- | --- |
| Dispositive Motions (¶ 3) | April 25, 2016 |
| Mediation (¶ 5) | February 23, 2016 |
| Completion of Discovery (¶ 6) | April 25, 2016 |
| Pretrial Disclosures and Objections (¶ 7) | September 12, 2016, Objections due 14 days thereafter |
| Pretrial Materials (¶ 8) | September 27, 2015 |
| Exchange of Exhibits (¶ 9) | October 10, 2016 |
| Pretrial Conference (¶ 11) | To be set if necessary |
| Trial Date (¶ 1) | October 24, 2016 |

**SO ORDERED** on this **1st day** of **June, 2015**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**