**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Manoi P. Singh, et al. | § § § § | |
| *Plaintiff* | § | |
| v. | § § | Case No. 4:14-cv-00959-O |
| RadioShack Corp., et al. | § § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Morgan, Lewis & Bockius LLP, with offices at

1701 Market Street
(Street Address)

Philadelphia          PA          19103
(City)                (State)     (Zip Code)

1.215.963.5150        1.215.963.5001
(Telephone No.)       (Fax No.)

**II.** Applicant will sign all filings with the name Brian T. Ortelere.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

RadioShack Corp., RadioShack 401(k) Plan Administrative Committee, RadioShack Puerto Rico Plan Administrative Committee, RadioShack 401(k) Plan Employee Benefits Committee, RadioShack Puerto Rico Plan Employee Benefits Committee

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Pennsylvania_____, where Applicant regularly practices law.

Bar license number: 46464          Admission date: November 6, 1986

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:       Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Ellen L. Perlioni, Morgan Lewis & Bockius LLP                           , who has offices at

1717 Main Street, Suite 3200
(Street Address)

Dallas                              TX                75201
(City)                              (State)           (Zip Code)

214.466.4000
(Telephone No.)                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  2nd   day of July                        , 2015     .

Brian T. Ortelere
Printed Name of Applicant

s/Brian T. Ortelere
Signature

## - EXHIBIT A

## Brian T. Ortelere

### State and Federal Court Admissions

| *Title of Court* | *Date of Admission* |
| --- | --- |
| Supreme Court of Pennsylvania, I.D. No. 46464 | November 6, 1986 |
| United States Court of Appeals for the Third Circuit | July 7, 1988 |
| United States District Court for the Eastern District of Pennsylvania | November 16, 1988 |
| United States Supreme Court | February 22, 1994 |
| United States Court of Appeals for the Ninth Circuit | September 27, 2002 |
| United States Court of Appeals for the Seventh Circuit | December 20, 2002 |
| United States Court of Appeals for the Second Circuit | April 17, 2003 |
| Supreme Court of New York, ID No. 4858452 | August 19, 2010 |
| United States District Court for the Southern District of New York - ID #BO7282 | December 21, 2010 |
| United States Court of Appeals for the Sixth Circuit | April 4, 2011 |
| United States Court of Appeals for the Tenth Circuit | June 14, 2011 |
| United States Court of Appeals for the Eighth Circuit | May 2, 2012 |



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Brian Thomas Ortelere, Esq.*

DATE OF ADMISSION

*November 6, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 2, 2015

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| <u>Manoi P. Singh, et al.</u>, **Plaintiff** § § § | |
| v. § | **Case Number** <u>4:14-cv-00959</u> |
| <u>RadioShack Corp., Et al.</u>, **Defendant** § § § § § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The court has considered the Application for Admission Pro Hac Vice of <u>Brian T. Ortelere</u>.

It is ORDERED that:

☐     the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐     the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____       _____
DATE                                              PRESIDING JUDGE