# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *FORT WORTH DIVISION*

IN RE 2014 RADIOSHACK ERISA LITIG.
Plaintiff

v.

Master Fil No. 4:14-cv-00959-O
Civil Action No.

Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Banco Popular de Puerto Rico

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Banco Popular de Puerto Rico is a wholly-owned subsidiary of Popular, Inc. Popular, Inc. is a publicly traded company.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Banco Popular de Puerto Rico, and Popular, Inc.

| | |
|---|---|
| Date: | August 18, 2015 |
| Signature: | /s Nancy J. Sennett |
| Print Name: | Nancy J. Sennett |
| Bar Number: | WI 1009940 (pro hac vice) |
| Address: | 777 East Wisconsin Avenue |
| City, State, Zip: | Milwaukee, WI, 53202 |
| Telephone: | 414.271.2400 |
| Fax: | 414.297.4900 |
| E-Mail: | nsennett@foley.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons