IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER FILE NO. 4:14-cv-00959-O |

**JOINT MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER ON CONFIDENTIALITY**

Plaintiffs Manoj P. Singh, Jeffrey Snyder, William A. Gerhart, and Steven Wolpin (collectively, "Plaintiffs"); Defendants RadioShack 401(k) Plan Administrative Committee, the RadioShack Puerto Rico Plan Administrative Committee, James F. Gooch, Joseph C. Magnacca, Robert E. Abernathy, Frank J. Belatti, Julia A. Dobson, Daniel A. Feehan, H. Eugene Lockhart, Jack L. Messman, Thomas G. Plaskell, Edwina D. Woodbury, Mark Barfield, Karina Davis, Eric Hales, Justin Johnson, Michael Keyser, Kevin Krautkramer, Martin Moad, and Sri Reddy (collectively, "RadioShack Defendants"); and Defendants Wells Fargo Bank, NA ("Wells Fargo") and Banco Popular de Puerto Rico ("Banco Popular") (collectively, the "Trustee Defendants," and, together with the Plaintiffs and RadioShack Defendants, the "Parties") hereby jointly move for entry of the Agreed Protective Order on Confidentiality ("Agreed Protective Order") in the above-captioned case (the "Action"). In support of their Joint Motion, the Parties state as follows:

1. This Action is a class action pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*, brought by Plaintiffs on behalf of the RadioShack 401(k) Plan and the RadioShack Puerto Rico 1165(e) Plan (the "Plans").

1

2. The Parties have commenced discovery in this Action and agree that discovery will require production of documents and information that one or more Parties regards as containing sensitive and non-public business information, financial information, personnel information, personal information, trade secrets, or other confidential information. Disclosure of this information to the general public would be prejudicial to the Parties, and litigation over claims of confidentiality would unduly consume the resources and time of the Court and Parties.

3. The Parties have agreed to the terms and conditions set forth in the Agreed Protective Order on Confidentiality, submitted contemporaneously herewith, which defines "Confidential Material" (*see* Agreed Protective Order at ¶ I.D), and provides procedures for, *inter alia*, the designation, use, and handling of Confidential Material (*see id.* at §§ II, III).

WHEREFORE, for the reasons stated above, the Parties respectfully request that this Court enter the Agreed Protective Order on Confidentiality submitted contemporaneously herewith.

Dated: August 26, 2015

Respectfully submitted,

/s/ *Mark K. Gyandoh*
KESSLER TOPAZ MELTZER & CHECK LLP
Edward W. Ciolko (admitted *Pro Hac Vice*)
Donna Siegel Moffa (admitted *Pro Hac Vice*)
Mark K. Gyandoh (admitted *Pro Hac Vice*)
Julie Siebert-Johnson (admitted *Pro Hac Vice*)
280 King Of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: eciolko@ktmc.com
dmoffa@ktmc.com
mgyandoh@ktmc.com
jsjohnson@ktmc.com

*Interim Lead Class Counsel Committee Chair*

/s/ *Matthew A. Russell*
MORGAN, LEWIS & BOCKIUS LLP
Ellen L. Perlioni
1717 Main Street, Suite 3200
Dallas, TX 75201
Phone: 214.466.4000
Fax: 214.466.4001
Email: ellen.perlioni@morganlewis.com

Jeremy P. Blumenfeld (*admitted pro hac vice*)
Brian T. Ortelere (*admitted pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5258
Fax: 215.963.5001
Email: jblumenfeld@morganlewis.com

Gerald D. Wells, III
Robert J. Gray (*admitted pro hac vice*)
CONNOLLY WELLS & GRAY, LLP
(*Pro Hac Vice to be requested*)
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA 19406
Telephone: (610) 822-3700
Facsimile: (610) 822-3800
Email: gwells@cwg-law.com
       rgray@cwg-law.com

Michael J. Klein (*admitted Pro Hac Vice*)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: mklein@ssbny.com

*Interim Lead Class Counsel Committee Members*

Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
LACKEY HERSHMAN, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: rlm@lhlaw.net
       beb@lhlaw.net

*Interim Liaison Class Counsel*

George C. Aguilar (*admitted pro hac vice*)
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: gaguilar@robbinsarroyo.com

*Counsel for Plaintiff Wolpin*

Matthew A. Russell (*admitted pro hac vice*)
77 W. Wacker Drive
Chicago, IL 60601
Phone: 312.324.1771
Fax: 312.324.1001
Email: marussell@morganlewis.com

*Counsel for Defendants RadioShack 401(k) Plan Admin. Committee, RadioShack Puerto Rico Plan Admin. Committee, and the Individual Defendants*

/s/ Russell L. Hirschhorn
PROSKAUER ROSE LLP
Russell L. Hirschhorn (*admitted pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3286
Facsimile: (212) 969-2900
Email: rhirschhorn@proskauer.com

Howard Shapiro (*admitted pro hac vice*)
Stacey C.S. Cerrone
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: (504) 310-4085
Facsimile: (504) 522-5771
Email: howshapiro@proskauer.com

SIDLEY AUSTIN LLP
Michelle LeGrand Hartmann
2001 Ross Avenue
Suite 3600
Dallas, Texas 75201
Telephone: (214) 981-3416
Facsimile: (214) 981-3400
Email: mhartmann@sidley.com

Anne E. Rea (*admitted pro hac vice*)
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7156
Facsimile: (312) 853-7036
Email: area@sidley.com

*Attorneys for Defendant Wells Fargo*

/s/ Nancy J. Sennett
Nancy J. Sennett (*admitted pro hac vice*)
David J.B. Froiland (*admitted pro hac vice*)
Aaron R. Wegrzyn (*admitted pro hac vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.297.5522 (NJS)
414.297.5579 (DJBF)
414.319.7028 (ARW)
414.297.4900 (facsimile)
nsennett@foley.com
dfroiland@foley.com
awegryzn@foley.com

Andrew W. Yung
Dennis Keithly
YUNG KEITHLY LLP
208 N. Market Street, Suite 200
Dallas, TX 75202
214.220.0422
214.220.9932 (facsimile)
Andrew.yung@yungkeithly.com
Dennis.keithly@yungkeithly.com

*Attorneys for Defendant Banco Popular de Puerto Rico*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this Action.

/s/ Roger L. Mandel
Roger L. Mandel