IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION | § § § § § § § § § | Master File No. 4:14-cv-959-O |

### ORDER

Having independently reviewed the matter, the Court notes that Michael J. Klein, counsel for William A. Gerhart, is not admitted to practice before this Court. Accordingly, counsel is **ORDERED** to seek admission to appear before the United States District Court for the Northern District of Texas or to seek admission pro hac vice on or before **September 15, 2015**.

**SO ORDERED** on this **8th day** of **September, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE