IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER FILE NO. 4:14-cv-00959-O |

**UNOPPOSED MOTION TO RECONSIDER AND RESCIND THE COURT'S ORDER OF SEPTEMBER 8, 2015**

1. On September 8, 2015, the Court entered Document 102, stating in relevant part:

    Having independently reviewed the matter, the Court notes that Michael J. Klein, counsel for William A. Gerhart, is not admitted to practice before this Court. Accordingly, counsel is **ORDERED** to seek admission to appear before the United States District Court for the Northern District of Texas or to seek admission pro hac vice on or before **September 15, 2015**.

2. On December 17, 2014, *Gerhart v. RadioShack Corp. et al*, Docket No. 3:14-cv-04419 (the "*Gerhart* Action"), was filed.

3. On December 29, 2014, Michael Klein moved for admission *pro hac vice* in the *Gerhart* Action. *Gerhart* Action Doc. 10.

4. On December 31, 2014, Michael Klein was admitted *pro hac vice* by an electronic order in the *Gerhart* Action. *Gerhart* Action Doc. 13. Michael Klein duly received an ECF password and login.

5. On January 9, 2015, the *Gerhart* Action was consolidated into the instant action, with a notation that "all future docketing should be in [the] lead case[.]" *Gerhart* Action Doc. 10.

6. Michael Klein's understanding was that the admission in the *Gerhart* Action carried over into the consolidated action by virtue of consolidation. *See* accompanying

1

Declaration of Michael J. Klein in Support of Motion to Lift the Court's Order of September 8, 2015 (the "Klein Decl.") at ¶ 2. If Michael Klein remains ordered to move for *pro hac vice*, he will be unable to do so within a week, as he must get a certificate of good standing by mail from the State of Connecticut, and that cannot be done within a week—it generally takes 2 to 4 weeks. *See* Klein Decl. at ¶ 3.

7. Counsel for all Defendants advised by e-mail on September 9, 2015, that Defendants do not oppose the instant motion.

8. Michael Klein asks the Court to reconsider and rescind its September 8, 2015 Order on the basis that the admission of Michael Klein *pro hac vice* in the *Gerhart* Action carries over into the now-consolidated action. For the Court's consideration and convenience, a proposed Order is being submitted herewith. If the proposed Order is not entered by September 14, 2015, Michael Klein will move for his admission *pro hac vice* in the lead case as soon thereafter as he can receive a certificate of good standing from the State of Connecticut.

Dated: September 9, 2015                    Respectfully Submitted,

/s/ Roger L. Mandel
Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
**LACKEY HERSHMAN, LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: rlm@lhlaw.net
             beb@lhlaw.net

*Interim Liaison Class Counsel*

Michael J. Klein (*admitted Pro Hac Vice* in the *Gerhart* Action)
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: mklein@ssbny.com

*Interim Lead Class Counsel Committee Member*

Edward W. Ciolko (admitted *Pro Hac Vice*)
Donna Siegel Moffa (admitted *Pro Hac Vice*)
Mark K. Gyandoh (*admitted Pro Hac Vice*)
Julie Siebert-Johnson (*admitted Pro Hac Vice*)
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 King Of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: eciolko@ktmc.com
           dmoffa@ktmc.com
           mgyandoh@ktmc.com
           jsjohnson@ktmc.com

*Interim Lead Class Counsel Committee Chair*

Gerald D. Wells, III
Robert J. Gray (*admitted Pro Hac Vice*)
**CONNOLLY WELLS & GRAY, LLP**
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA 19406
Telephone: (610) 822-3700
Facsimile: (610) 822-3800
Email: gwells@cwg-law.com
           rgray@cwg-law.com

*Interim Lead Class Counsel Committee Member*

George C. Aguilar (*admitted Pro Hac Vice*)
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: gaguilar@robbinsarroyo.com

*Counsel for Plaintiff Wolpin*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2015, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this Action.

/s/ Roger L. Mandel  
Roger L. Mandel
