IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION THIS DOCUMENT RELATES TO: ALL ACTIONS | MASTER FILE NO. 4:14-cv-00959-O |

## DECLARATION OF MICHEL J. KLEIN IN SUPPORT OF UNOPPOSED MOTION TO RECONSIDER AND RESCIND THE COURT'S ORDER OF SEPTEMBER 8, 2015

I, Michael J. Klein, respectfully submit this Declaration in support of the Unopposed Motion to Lift the Court's Order of September 8, 2015. I have personal knowledge of the matters set forth herein.

**Pursuant to 28 U.S.C. § 1746, I declare as follows:**

1. I am an attorney at Stull, Stull & Brody ("SSB"), counsel for Plaintiff William A. Gerhart and a Court-appointed Interim Lead Class Counsel Committee Member.

2. After filing *Gerhart v. RadioShack Corp. et al*, Docket No. 3:14-cv-04419 (the "*Gerhart* Action"), I sent a letter to receive a certificate of good standing from the State of Connecticut, one of the jurisdictions in which I am admitted to practice law. Within days of my receiving the certificate, William Federman, Esq., moved for my admission *pro hac vice* in the *Gerhart* Action.

3. It generally takes two to four weeks to get a certificate of good standing from the State of Connecticut. http://www.jud.ct.gov/sgc/faq_certgoodstand.htm. I will not be able to get a certificate of good standing within a week. If the Court does not grant this motion by

September 14, 2015, I will send to the State of Connecticut for another certificate of good standing, and will move for admission for *pro hac vice* promptly after receiving the same.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on September 9, 2015

Michael J. Klein

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2015, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this Action.

/s/ Roger L. Mandel<br>Roger L. Mandel