**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| **IN RE 2014 RADIOSHACK ERISA** | § | |
| **LITIGATION** | § | **Master File No. 4:14-cv-959-O** |
| | § | |
| | § | |
| | § | |
| | § | |

## <u>ORDER</u>

Before the Court is the Unopposed Motion to Reconsider and Rescind the Court's Order of September 8, 2015 and Affidavit in Support (ECF Nos. 103-04), filed September 9, 2015. Michael J. Klein, counsel for William A. Gerhart, has been admitted *pro hac vice* in member case *Gerhart v. RadioShack Corp.*, No. 3:14-cv-4419 (N.D. Tex.). Accordingly, the Court concludes that the motion should be and is hereby **GRANTED**. It is **ORDERED** that the September 8, 2015 Order (ECF No. 102) requiring admission is hereby **vacated**.

**SO ORDERED** on this **10th day** of **September, 2015**.


Reed O'Connor
**UNITED STATES DISTRICT JUDGE**