**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    MASTER FILE NO. 4:14-cv-00959-O |

**AGREED ORDER
AMENDING SCHEDULING ORDER**

Having considered the Parties' Joint Motion to Amend Scheduling Order, and for good cause appearing therefrom, it is hereby **ORDERED** that the Parties' Joint Motion to Amend Scheduling Order is **GRANTED**.  It is further **ORDERED** that the Amended Scheduling Order (ECF No. 78) is amended such that:

    A.    ***Expert Reports and Depositions In Connection with Class Certification.*** Any initial expert disclosure and report to be used by Plaintiffs in support of their motion to certify the putative class shall be due on **November 2, 2015**.  Any expert disclosure and report to be used by the Non-Debtor Defendants, Wells Fargo and/or Banco Popular in opposition to Plaintiffs' motion to certify the putative class shall be due on **December 3, 2015**.  Any responsive expert disclosure and report to be used by Plaintiffs in support of their motion to certify the putative class in shall be due on **January 4, 2016**.  The Parties agree that expert depositions shall be scheduled at a mutually convenient time on or before **February 3, 2016**.

    B.    ***Class Certification Briefing.***  In accordance with the Amended Scheduling Order, Plaintiffs' motion to certify the putative class is due on or before

**November 5, 2015**. Any opposition to Plaintiffs' motion to certify the putative class filed by the Non-Debtor Defendants, Wells Fargo and/or Banco Popular, shall be due on **March 3, 2016**. Any reply in support of Plaintiffs' motion to certify the putative class is due on **April 18, 2016**.

      C.    *Depositions of the Named Plaintiffs.* The Parties agree to schedule the depositions of the Named Plaintiffs at a mutually convenient time on or before **December 5, 2015**.

      D.    All other deadlines in the Amended Scheduling Order shall remain in effect.

**SO ORDERED** this 16th day of September, 2015.

                                                  Reed O'Connor
                                                  **UNITED STATES DISTRICT JUDGE**

**AGREED AS TO FORM AND SUBSTANCE**:

| | |
|---|---|
| */s/ Mark K. Gyandoh* | */s/ Matthew Russell* |
| **KESSLER TOPAZ MELTZER & CHECK LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Edward W. Ciolko (admitted *Pro Hac Vice*) | Ellen L. Perlioni |
| Donna Siegel Moffa (admitted *Pro Hac Vice*) | 1717 Main Street, Suite 3200 |
| Mark K. Gyandoh (admitted *Pro Hac Vice*) | Dallas, TX 75201 |
| Julie Siebert-Johnson (admitted *Pro Hac Vice*) | Phone:  214.466.4000 |
| 280 King Of Prussia Road | Fax:  214.466.4001 |
| Radnor, PA 19087 | Email:  ellen.perlioni@morganlewis.com |
| Telephone:  (610) 667-7706 | |
| Facsimile:  (610) 667-7056 | Jeremy P. Blumenfeld (admitted *pro hac vice*) |
| Email:  eciolko@ktmc.com | Brian T. Ortelere (admitted *pro hac vice*) |
|      dmoffa@ktmc.com | 1701 Market Street |
|      mgyandoh@ktmc.com | Philadelphia, PA 19103 |
|      jsjohnson@ktmc.com | Phone:  215.963.5258 |
| | Fax:  215.963.5001 |
| | Email:  jblumenfeld@morganlewis.com |

*Interim Lead Class Counsel Committee Chair*

Gerald D. Wells, III
Robert J. Gray (*admitted Pro Hac Vice*)
**CONNOLLY WELLS & GRAY, LLP**
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA 19406
Telephone: (610) 822-3700
Facsimile: (610) 822-3800
Email: gwells@cwg-law.com
       rgray@cwg-law.com

Michael J. Klein (*admitted Pro Hac Vice*)
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: mklein@ssbny.com

*Interim Lead Class Counsel Committee Members*

Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
**LACKEY HERSHMAN, LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: rlm@lhlaw.net
       beb@lhlaw.net

*Interim Liaison Class Counsel*

George C. Aguilar (*admitted Pro Hac Vice*)
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: gaguilar@robbinsarroyo.com

*Counsel for Plaintiff Wolpin*

Matthew A. Russell (*admitted pro hac vice*)
77 W. Wacker Drive
Chicago, IL 60601
Phone: 312.324.1771
Fax: 312.324.1001
Email: marussell@morganlewis.com

*Counsel for Defendants RadioShack 401(k) Plan Admin. Committee, RadioShack Puerto Rico Plan Admin. Committee, and the Individual Defendants.*

*/s/ Russell Hirschhorn*
**PROSKAUER ROSE LLP**
Russell L. Hirschhorn (*admitted pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3286
Facsimile: (212) 969-2900
Email: rhirschhorn@proskauer.com

**PROSKAUER ROSE LLP**
Howard Shapiro (*admitted pro hac vice*)
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: (504) 310-4085
Facsimile: (504) 522-5771
Email: howshapiro@proskauer.com

**SIDLEY AUSTIN LLP**
Michelle LeGrand Hartmann
2001 Ross Avenue
Suite 3600
Dallas, Texas 75201
Telephone: (214) 981-3416
Facsimile: (214) 981-3400
Email: mhartmann@sidley.com

**SIDLEY AUSTIN LLP**
Anne E. Rea (*admitted pro hac vice*)
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7156
Facsimile: (312) 853-7036
Email: area@sidley.com

*Attorneys for Defendant Wells Fargo*

**FOLEY & LARDNER LLP**

*/s/ Nancy J. Sennett*
Nancy J. Sennett (admitted *pro hac vice*)
David J.B. Froiland (admitted *pro hac vice*)
Aaron R. Wegrzyn (admitted *pro hac vice*)
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.297.5522 (NJS)
414.297.5579 (DJBF)
414.319.7028 (ARW)
414.297.4900 (facsimile)
nsennett@foley.com
dfroiland@foley.com
awegryzn@foley.com

**YUNG KEITHLY LLP**
Andrew W. Yung
Dennis Keithly
208 N. Market Street, Suite 200
Dallas, TX 75202
214.220.0422
214.220.9932 (facsimile)
Andrew.yung@yungkeithly.com
Dennis.keithly@yungkeithly.com

*Attorneys for Defendant Banco Popular de Puerto Rico*