**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE 2014 RADIOSHACK ERISA LITIGATION** ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) **ALL ACTIONS** ) ) | **MASTER FILE NO. 4:14-cv-00959-O** |

**APPENDIX TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR
MOTION FOR CLASS CERTIFICATION**

| DESCRIPTION | APPENDIX PAGE NO. |
|---|---|
| List of decisions certifying classes | APP-1 to APP-4 |
| 2011 Form 5500 (RSH527-553) – Filed under seal | APP-5 to APP-31 |
| 2012 Form 5500 (RSH627-655) – Filed under seal | APP-32 to APP-60 |
| Summary Annual Report for 401(k) Plan from July 1, 2010 through June 30, 2011 (RSH624) – Filed under seal | APP-61 |
| Summary Annual Report for 401(k) Plan from July 1, 2011 through June 30, 2012 (RSH625) – Filed under seal | APP-62 |
| Summary Annual Report for 401(k) Plan from July 1, 2012 through June 30, 2013 (RSH45277-45278) – Filed under seal | APP-63 to APP-64 |
| Wells Fargo Plan Progress Report (RSH1026-1062) – Filed under seal | APP-65 to APP-101 |
| 2011 Form 5500 of the Puerto Rican Plan (Lockton0000001-30) – Filed under seal | APP-102 to APP-131 |
| Excerpt of Utilization Report – Filed under seal | APP-132 to APP-134 |
| Excerpt of Allocation Report showing 401(k) Plan transactions from July 1, 2010 to June 30, 2011 – Filed under seal | APP-135 to APP-136 |
| Declaration of William A. Gerhart | APP-137 to APP-140 |
| Declaration of Jeffrey Snyder | APP-141 to APP-144 |
| Declaration of Manoj P. Singh | APP-145 to APP-148 |

| | |
|---|---|
| Firm Resume of Kessler Topaz Meltzer & Check, LLP | APP-149 to APP-190 |
| Firm Resume of Stull, Stull & Brody | APP-191 to APP-217 |
| Firm Resume of Lackey Hershman | APP-218 to APP-249 |
| Curriculum Vitae of Roger L. Mandel | APP-250 to APP-254 |
| Declaration of Gerald D. Wells, III of Connolly Wells & Gray, LLP | APP-255 to APP-259 |
| May 8, 2013 Meeting Minutes (RSH683-685) – Filed under seal | APP-260 to APP-262 |
| Joint Investment Policy Statement for the Plans, executed on August 5, 2013, (RSH177-84) – Filed under seal | APP-263 to APP-270 |

Dated:  November 5, 2015           Respectfully submitted,

**KESSLER TOPAZ**
 **MELTZER & CHECK LLP**

*s/ Mark K. Gyandoh*
Edward W. Ciolko (admitted *Pro Hac Vice*)
Donna Siegel Moffa (admitted *Pro Hac Vice*)
Mark K. Gyandoh (admitted *Pro Hac Vice*)
Julie Siebert-Johnson (admitted *Pro Hac Vice*)
280 King Of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056
Email:  eciolko@ktmc.com
          dmoffa@ktmc.com
          mgyandoh@ktmc.com
          jsjohnson@ktmc.com

*Interim Lead Class Counsel Committee Chair*

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III
Robert J. Gray (admitted *Pro Hac Vice*)
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA  19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800

    Email:  gwells@cwg-law.com
       rgray@cwg-law.com

**STULL, STULL & BRODY**
Michael J. Klein (admitted *Pro Hac Vice*)
6 East 45th Street
New York, NY 10017
Telephone:  (212) 687-7230
Facsimile:  (212) 490-2022
Email:  mklein@ssbny.com

*Interim Lead Class Counsel Committee Members*

**LACKEY HERSHMAN, LLP**
Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone:  (214) 560-2201
Facsimile:  (214) 560-2203
Email:  rlm@lhlaw.net
    beb@lhlaw.net

*Interim Liaison Class Counsel*


**ROBBINS ARROYO LLP**
George C. Aguilar (admitted *Pro Hac Vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: gaguilar@robbinsarroyo.com

*Counsel for Plaintiff Wolpin*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 5, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

                                        /s/ *Mark K. Gyandoh*
                                        Mark K. Gyandoh