# DECISIONS DETERMINING THAT CERTIFICATION OF CLASSES IN ERISA COMPANY STOCK CASES IS APPROPRIATE

*Spano v. Boeing Co.*, 294 F.R.D. 114, 127 (S.D. Ill. 2013) (certifying class and subclasses pursuant to Rule 23(b)(1)(A) and 23(b)(1)(B)).

*Knight v. Lavine*, No. 12-cv-611, 2013 WL 427880, at *5 (E.D. Va. Feb. 4, 2013) (finding certification appropriate under Rule 23(b)(1) and Rule 23(b)(2)).

*Yost v. First Horizon Nat. Corp.*, No. 08-cv-2293, 2011 WL 2182262, at *13-*14 (W.D. Tenn. June 3, 2011) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

*In re YRC Worldwide, Inc. ERISA Litig.*, No. 09-cv-2593, 2011 WL 1303367, at *8-*12 (D. Kan. Apr. 6, 2011) (certifying class under Rule 23(b)(1)(B)).

*Shanehchian v. Macy's, Inc.*, No. 07-cv-00828, 2011 WL 883659, at *10 (S.D. Ohio Mar. 10, 2011) (conditionally certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

*Harris v. Koenig*, 271 F.R.D. 383, 396 (D.D.C. 2010) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

*Taylor v. ANB Bancshares, Inc.*, No. 08-cv-5170, 2010 WL 4627841, at *13 (W.D. Ark. Oct. 18, 2010) (Magistrate Judge Report and Recommendation recommending certification under Rule 23(b)(1)(A) and 23(b)(1)(B)), adopted by District Court, No. 08-cv-5170, 2010 WL 4627672 (W.D. Ark. Nov. 4, 2010)).

*George v. Kraft Foods Global*, 270 F.R.D. 355, 369 (ND. Ill. 2010) (certifying class under Rule 23(b)(1)(B)).

*Hans v. Tharaldson*, No. 05-cv-115, 2010 WL 1856267, at *10 (D.N.D. May 7, 2010) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

*Moore v. Comcast Corp.*, 268 F.R.D. 530, 538 (E.D. Pa. 2010) (certifying under Rule 23(b)(1)(B)).

*Stanford v. Foamex, L.P.*, 263 F.R.D. 156, 175 (E.D. Pa. 2009) (certifying under Rule 23(b)(1)).

*In re Nortel Networks, Corp. "ERISA" Litig.*, No. 03-md-01537, 2009 WL 3294827, at *14-*16 (M.D. Tenn. Sept. 2, 2009) (certifying under Rule 23(b)(1)(B) and 23(b)(1)(A)).

*Jones v. NovaStar Fin., Inc.*, 257 F.R.D. 181, 194 (W.D. Mo. 2009) (certifying under Rule 23(b)(1)).

*In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litig.*, MDL No. 1658, 2009 WL 331426, at *10-*12 (D.N.J. Feb. 10, 2009) (certifying under Rule 23(b)(1)(B) and Rule 23(b)(1)(A)).

*Lyell v. Farmers Group Inc. Employees' Pension Plan*, No. 07-cv-1576, 2008 WL 5111113, at *7 (D. Ariz. Dec. 3, 2008) (granting certification of class pursuant to Rule 23(b)(1)).

*Kanawi v. Bechtel Corp.*, 254 F.R.D. 102, 111 (N.D. Cal. 2008) (certifying under Rule 23(b)(1)(A)).

*Shirk v. Fifth Third Bancorp*, No. 05-cv-049, 2008 WL 4425535, at *5 (S.D. Ohio Sept. 30, 2008) (certifying under Rule 23(b)(1)(B)).

*Beesley v. Int'l Paper Co.*, No. 06-cv-00703, 2008 WL 4450319, at *9 (S.D. Ill. Sept. 30, 2008) (certifying under Rule 23(b)(1)).

*Tatum v. R.J. Reynolds Tobacco Co.*, 254 F.R.D. 59, at 66-67 (M.D.N.C. 2008) (certifying under Rule 23(b)(1)(B)).

*Alvidres v. Countrywide Financial Corp.*, No. 07-cv-5810, 2008 WL 1766927, at *3 (C.D. Cal. Apr.16, 2008) (certifying under Rule 23(b)(1)(A)).

*Tussey v. ABB, Inc.*, No. 06-cv-4305, 2007 WL 4289694, at *9 (W.D. Mo. Dec. 3, 2007) (finding certification of a class of plaintiffs appropriate under FED. R. CIV. P. 23(b)(1)(A) and (B)).

*Brieger v. Tellabs, Inc.*, 245 F.R.D. 345, 356-57 (N.D. Ill. 2007) (certifying under Rule 23(b)(1)).

*Lively v. Dynegy, Inc.*, No. 05-cv-0063, 2007 WL 685861, at *14-*16 (S.D. Ill. Mar. 2, 2007) (certifying prudence claim under Rule 23(b)(1)(B)).

*Eslava v. Gulf Telephone, Co.*, No. 04-cv-00297, 2007 WL 2298222, at *6 (S.D. Ala. Aug. 7, 2007) (certifying under Rule 23(b)(1)(B)).

*Loomis v. Exelon Corp.*, No. 06-cv-4900, 2007 WL 2981951, at *4 (N.D. Ill. June 26, 2007) (certifying under Rule 23(b)(1)(B)).

*Baker v. Kingsley*, No. 03-cv-1750, 2007 WL 1597654, at *5 (N.D. Ill. May 31, 2007) (certifying class under Rule 23(b)(1)).

*Smith v. Aon Corp.*, 238 F.R.D. 609, 618 (N.D. Ill. 2006) (certifying under Rules 23(b)(1) and 23(b)(2)).

*In re Polaroid ERISA Litig.*, 240 F.R.D. 65, 78 (S.D.N.Y. 2006) (certifying under Rule 23(b)(1)).

*In re AOL Time Warner ERISA Litig.*, No. 02-cv-8853, 2006 WL 2789862, at *4 (S.D.N.Y. Sept. 27, 2006) (certifying under Rule 23(b)(1)(B)).

*In re Tyco Int'l Ltd.*, No. 02-md-1335, 2006 WL 2349338, at *7-*8 (D.N.H. Aug. 15, 2006) (certifying under Rule 23(b)(1)(B)).

*Colesberry v. Ruiz Food Products, Inc.*, No. 04-cv-5516, 2006 WL 1875444, at *5 (E.D. Cal. June 30, 2006) (certifying under Rule 23(b)(1)(B)).

*In re Aquila ERISA Litig.*, 237 F.R.D. 202, 213 (W.D. Mo. 2006) (certifying under Rule 23(B)(1)(A)).

*In re Enron Corp. Sec., Derivative & "ERISA" Litig.*, MDL No. 1446, 2006 WL 1662596, at *13-*19 (S.D. Tex. June 7, 2006) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B), and in the alternative, under Rle 23(b)(3)).

*Rogers v. Baxter, Int'l.*, No. 04-cv-6476, 2006 WL 794734, at *8-*11 (N.D. Ill. Mar. 22, 2006) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

*DiFelice v. U.S. Airways, Inc.*, 235 F.R.D. 70, 80 (E.D. Va. 2006) (finding certification of the proposed class appropriate under Rule 23(b)(1)).

*In re Aquila ERISA Litig.*, 237 F.R.D. 202, 213 (W.D. Mo. 2006) (certifying under Rule 23(b)(1)(A)).

*Kirse v. McCullough*, No. 04-cv-1067, 2005 WL 3302008, at *3 (W.D. Mo. Dec. 5, 2005) (certifying under Rule 23(b)(2)).

*In re: ADC Telecoms., Inc.*, No. 03-cv-2989, 2005 WL 2250782, at *4-*5 (D. Minn. Sept. 15, 2005) (certifying under Rule 23(b)(1)).

*In re Williams Co. ERISA Litig.*, 231 F.R.D. 416, 424-25 (N.D. Okla. 2005) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B), and in the alternative, under Rule 23(b)(2)).

*In re Syncor ERISA Litig.*, 227 F.R.D. 338, 346 (C.D. Cal. 2005) (certifying under Rule 23(b)(10(B)).

*In re Enron Corp. Sec., Derivative, & ERISA Litig.*, 228 F.R.D. 541, 556 (S.D. Tex. 2005) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

*Baker v. Comprehensive Employee Solutions*, 227 F.R.D. 354, 360 (D. Utah 2005) (finding certification appropriate under both (b)(1)(A) and (b)(1)(B)).

*Godshall v. Franklin Mont Co.*, No. 01-cv-6539, 2004 WL 2745890, at *3 (E.D. Pa. Dec. 1, 2004) (certifying under Rule 23(b)(1)(B)).

*In re Global Crossing Sec. & ERISA Litig.*, 225 F.R.D. 436, 453 (S.D.N.Y. 2004) (certifying under Rules 23(b)91) and 23(b)(2)).

*In re CMS Energy ERISA Litig.*, 225 F.R.D. 539, 545-46 (E.D. Mich. 2004) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

*Rankin v. Rots*, 220 F.R.D. 511, 522-23 (E.D. Mich. 2004) (certifying under Rule 23(b)(1)(A) and 23(b)(1)(B)).

*In re WorldCom Inc. ERISA Litig.*, No. 02-cv-4816, 2004 WL 2211664, at *3 (S.D.N.Y. Oct. 4, 2004) (certifying under Rule 23(b)(1)(B)).

*Furstenau v. AT&T Corp.*, No. 02-cv-5409, 2004 WL 5582592, at *4 (D.N.J. Sept. 2, 2004) (certifying under Rule 23(b)(1)).

*In re Electronic Data Sys. Corp. ERISA Litig.*, 224 F.R.D. 613, 628-30 (E.D. Tex. 2004) (certifying prudence claims under Rule 23(b)(1)(A) and (B) and Rule 23(b)2)).

*Nelson v. IPALCO Enter. Inc.*, No. 02-cv-477, 2003 WL 23101792, at *10-*15 (S.D. Ind. Sept. 30, 2003) (certifying under Rule 23(b)(3)).

*Kolar v. Rite Aid Corp.*, No. 01-cv-1229, 2003 WL 1257272, at *3 (E.D. Pa. Mar. 11, 2003) (certifying under Rule 23(b)(1)).

*Babcock v. Computer Associates Int'l., Inc.*, 212 F.R.D. 126, 131-32 (E.D.N.Y. 2003) (certifying under Rule 23(b)(1) and Rule 23(b)(3)).

*Koch v. Dwyer*, No. 98-cv-5519, 2001 WL 289972, at *4-*5 (S.D.N.Y. Mar. 23, 2001) (certifying under Rule 23(b)(1)).

*In re Ikon Office Solutions, Inc.*, 191 F.R.D. 457, 466-67 (E.D. Pa. 2000) (certifying under Rule 23(b)(1)).