IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION  THIS DOCUMENT RELATES TO:  ALL ACTIONS | MASTER FILE NO. 4:14-cv-00959-O |

## SUGGESTION OF DEATH OF PLAINTIFF STEVEN WOLPIN

Plaintiffs Manoj P. Singh, Jeffrey Snyder, and William A. Gerhart, by their attorneys and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, note the death during the pendency of this action of Plaintiff Steven Wolpin on October 30, 2015.

Dated: November 13, 2015

Respectfully submitted,

**ROBBINS ARROYO LLP**

*/s/ George C. Aguilar*
George C. Aguilar (admitted *Pro Hac Vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: gaguilar@robbinsarroyo.com

*Counsel for Plaintiff Wolpin*

**KESSLER TOPAZ
  MELTZER & CHECK LLP**
Edward W. Ciolko (admitted *Pro Hac Vice*)
Donna Siegel Moffa (admitted *Pro Hac Vice*)
Mark K. Gyandoh (admitted *Pro Hac Vice*)
Julie Siebert-Johnson (admitted *Pro Hac Vice*)
280 King Of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

1

Facsimile:  (610) 667-7056
Email:  eciolko@ktmc.com
        dmoffa@ktmc.com
        mgyandoh@ktmc.com
        jsjohnson@ktmc.com

*Interim Lead Class Counsel Committee Chair*

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III
Robert J. Gray (admitted *Pro Hac Vice*)
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA  19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800
Email:  gwells@cwg-law.com
        rgray@cwg-law.com

**STULL, STULL & BRODY**
Michael J. Klein (admitted *Pro Hac Vice*)
6 East 45th Street
New York, NY 10017
Telephone:  (212) 687-7230
Facsimile:  (212) 490-2022
Email:  mklein@ssbny.com

*Interim Lead Class Counsel Committee Members*

**LACKEY HERSHMAN, LLP**
Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone:  (214) 560-2201
Facsimile:  (214) 560-2203
Email:  rlm@lhlaw.net
        beb@lhlaw.net

*Interim Liaison Class Counsel*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on November 13, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

    */s/ George C. Aguilar*
    George C. Aguilar (admitted *Pro Hac Vice*)