**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MASTER FILE NO. 4:14-cv-00959-O |

**DEFENDANT WELLS FARGO BANK, N.A.'S RESPONSE TO**
**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") submits this brief response to Plaintiffs' Notice of Supplemental Authority (Dkt. 122) ("Notice") to notify the Court that Wells Fargo refuted the arguments asserted in Plaintiffs' Notice in Wells Fargo's Reply Brief in Support of Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss the Amended Consolidated Class Action Complaint.  (Dkt. 124 at 8, n.8.)

Dated: November 18, 2015

                                              Respectfully Submitted,

                                              By:  */s/ Michelle Hartmann*
                                                     Michelle Hartmann
                                           mhartmann@sidley.com
                                           SIDLEY AUSTIN LLP
                                           2001 Ross Avenue, Suite 3600
                                           Dallas, TX 75201
                                           Tel:  (214) 981-3300
                                           Fax:  (214) 981-3400

                                           Howard Shapiro (admitted *pro hac vice*)
                                           howshapiro@proskauer.com
                                           Stacey C.S. Cerrone (admitted *pro hac vice*)
                                           scerrone@proskauer.com
                                           PROSKAUER ROSE LLP

        650 Poydras Street, Suite 1800
        New Orleans, LA 70130
        Tel:  (504) 310-4085
        Fax:  (504) 310-2022

        Russell L. Hirschhorn (admitted *pro hac vice*)
        rhirschhorn@proskauer.com
        PROSKAUER ROSE LLP
        Eleven Times Square
        New York, NY 10036
        Tel:  (212) 969-3286
        Fax:  (212) 969-2900

        Anne E. Rea (admitted *pro hac vice*)
        area@sidley.com
        SIDLEY AUSTIN LLP
        One South Dearborn Street
        Chicago, IL 60603
        Tel:  (312) 853-7156
        Fax:  (312) 853-7036

        *Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

On November 18, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

        */s/ Michelle Hartmann*
        Michelle Hartmann