IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION | MASTER FILE NO. 4:14-cv-00959-O |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

**ORDER GRANTING JOINT UNOPPOSED EXPEDITED MOTION FOR STAY OF ALL PROCEEDINGS WITH RESPECT TO DEFENDANTS WELLS FARGO AND BANCO POPULAR**

Upon consideration of the Parties' Joint Unopposed Motion For Stay Of All Proceedings With Respect To Defendants Wells Fargo Bank, N.A. and Banco Popular de Puerto Rico (collectively the "Trustee Defendants"), and for good cause appearing therefrom, it is **HEREBY ORDERED**, that the Joint Unopposed Motion is **GRANTED**.

**IT IS THEREFORE ORDERED THAT:**

1. All proceedings in the above-captioned action shall be stayed as to the Trustee Defendants, except as to the Trustee Defendants' obligations in connection with the settlement.

2. The stay of proceedings also does not apply to any of the non-settling parties.

3. Plaintiffs shall file their motion for preliminary approval of the settlement by no later than December 21, 2015.

**SO ORDERED**, this 25th day of November 2015.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

1