IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE 2014 RADIOSHACK ERISA LITIGATION** | § § § § § § § § § § | **Master File No. 4:14-cv-959-O** |
| **THIS DOCUMENT RELATED TO: ALL ACTIONS** | | |

## ORDER

Pending before the Court is Defendants' Opposed Motion for Referral to Magistrate Judge

for Mediation (ECF No. 136), filed December 17, 2015.  Plaintiffs' filed a response indicating they

do not oppose the motion (ECF No. 138).  Consequently, the hearing set for 1:30 pm on December

21, 2015, is cancelled.

Additionally, the Court determines that this case should be **REFERRED** to U.S. Magistrate

Judge Stickney for a settlement conference.  All counsel are directed to contact the chambers of

Magistrate Judge Stickney **no later than 5:00 p.m. on December 22, 2015** to arrange the details.

Signed this 18th day of December, 2015.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE