# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION. | § § | Master File No. 4:14-CV-959-O |

## ORDER

The above-entitled cause has been referred to United States Magistrate Judge Paul D. Stickney for a settlement conference. The Court hereby sets the settlement conference for **TUESDAY, JANUARY 12, 2016, at 9:00 A.M.**,[1] convening in Courtroom 1620, 1100 Commerce St., Dallas, Texas. Parties with full settlement authority and their counsel shall be present at the conference. This Order only applies to those parties who have not already settled in this litigation. The parties who have already settled do not need to attend the settlement conference.

**SO ORDERED**, December 22, 2015.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

---

1. Requests to reschedule the conference will be entertained by the Court, however, the party with the conflict must contact and notify all parties **prior to contacting the Court**.