IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATED TO: ALL ACTIONS | § § § § § § § § § § | Master File No. 4:14-cv-959-O |

## ORDER

Before the Court is Defendant Banco Popular de Puerto Rico's ("Banco Popular") Unopposed Motion to Withdraw Counsel (ECF No. 142), filed December 31, 2015. Banco Popular informed the court that David J.B. Froiland, one of Banco Popular's attorneys of record, will no longer be with the law firm Foley & Lardner LLP effective January 1, 2016. The remaining counsel of record will continue to represent Banco Popular in the above-captioned matter.

Accordingly, the Court finds that Defendant Banco Popular's motion should be and is hereby **GRANTED**.

**SO ORDERED** on this **5th day** of **January, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE