IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION § § § § § THIS DOCUMENT RELATED TO: ALL § ACTIONS § § § | Master File No. 4:14-cv-959-O |

### ORDER

Before the Court is the parties' Notice of Settlement and Expedited Joint and Unopposed Motion to Extend Time For Filing Motion For Preliminary Approval of Settlement (ECF No. 144), filed January 7, 2016. Plaintiffs and Defendants Wells Fargo Bank, NA ("Wells Fargo") and Banco Popular de Puerto Rico ("Banco Popular") (collectively with Wells Fargo, the "Trustee Defendants"), request a deadline extension for the parties to file their Motion for Preliminary Approval of the proposed settlement until January 22, 2016, or a date on which the Court establishes for submission of a motion for preliminary approval of a global settlement of all matters at issue in the above-captioned case. Plaintiffs and the remaining Nonsettling Defendants are unopposed to this motion. Having considered the motion, the Court finds that it should be and is hereby **GRANTED.**

Accordingly, it is **ORDERED** that the deadline for Plaintiffs and the Trustee Defendants to submit their Motion for Preliminary Approval of the proposed settlement is extended to **January 22, 2016.**

**SO ORDERED** on this **8th day** of **January, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE