IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>ALL ACTIONS )<br>) | MASTER FILE NO. 4:14-cv-00959-O |

**APPENDIX TO PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING OF A FAIRNESS HEARING**

| DESCRIPTION | APPENDIX PAGE NO. |
|---|---|
| The Settlement Agreement and Exhibits thereto | APP-1 to APP-27 |
| Settlement Agreement Exhibit 1 – Class Notice | APP-28 to APP-36 |
| Settlement Agreement Exhibits 2 – Publication Notice | APP-37 to APP-38 |
| Settlement Agreement Exhibit 3 – Preliminary Approval Order | APP-39 to APP-52 |
| Settlement Agreement Exhibit 4 – Final Approval Order and Judgment | APP-53 to APP-60 |
| Settlement Agreement Exhibit 5 – Plan of Allocation | APP-61 to APP-64 |
| A non-exhaustive list of 54 decisions from across the country certifying classes in directly analogous actions | APP-65 to APP-68 |
| Proposed schedule for the Settlement approval process agreed to by the Settling Parties | APP-69 |
| Firm Resume of Kessler Topaz Meltzer & Check, LLP | APP-70 to APP-112 |
| Firm Resume of Stull, Stull & Brody | APP-113 to APP-139 |
| Declaration of Gerald D. Wells, III of Connolly Wells & Gray, LLP | APP-140 to APP-145 |
| Firm Resume of Lackey Hershman | APP-146 to APP-177 |
| Curriculum Vitae of Roger L. Mandel | APP-178 to APP-182 |

Dated:  January 21, 2016

Respectfully submitted,

**KESSLER TOPAZ
 MELTZER & CHECK LLP**

*s/ Mark K. Gyandoh*
Edward W. Ciolko (admitted *Pro Hac Vice*)
Donna Siegel Moffa (admitted *Pro Hac Vice*)
Mark K. Gyandoh (admitted *Pro Hac Vice*)
Julie Siebert-Johnson (admitted *Pro Hac Vice*)
280 King Of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056
Email:  eciolko@ktmc.com
           dmoffa@ktmc.com
           mgyandoh@ktmc.com
           jsjohnson@ktmc.com

*Interim Lead Class Counsel Committee Chair*

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III
Robert J. Gray (admitted *Pro Hac Vice*)
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA  19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800
Email:  gwells@cwg-law.com
           rgray@cwg-law.com

**STULL, STULL & BRODY**
Michael J. Klein (admitted *Pro Hac Vice*)
6 East 45th Street
New York, NY 10017
Telephone:  (212) 687-7230
Facsimile:  (212) 490-2022
Email:  mklein@ssbny.com

*Interim Lead Class Counsel Committee Members*

**LACKEY HERSHMAN, LLP**
Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: rlm@lhlaw.net
         beb@lhlaw.net

*Interim Liaison Class Counsel*


**ROBBINS ARROYO LLP**
George C. Aguilar (admitted *Pro Hac Vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: gaguilar@robbinsarroyo.com

*Counsel for Plaintiff Wolpin*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh