IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION | § § § § § |
| | Master File No. 4:14-cv-959-O |
| THIS DOCUMENT RELATED TO: ALL ACTIONS | § § § § § |

## AMENDED SCHEDULING ORDER

Before the Court is Plaintiff's Expedited Motion, And Brief in Support, To Extend Deadline for Initial Expert Designation & Report (ECF No. 151), filed January 22, 2016. Plaintiffs seek to extend the deadline for initial designation of merits experts, and corresponding deadlines, by sixty days so that Initial Designation & Report of merits experts will be due on March 22, 2016, Responsive Expert Designations would be due on April 21, 2016, and any Rebuttal Expert Designations would be due on May 21, 2016. Plaintiffs do not seek to extend the Fact Discovery deadline. Should the parties want to have depositions of the designated merits experts, Plaintiffs propose that such depositions, and any document discovery related solely to the experts, be concluded by June 20, 2016. The RadioShack Defendants are opposed to Plaintiffs' motions for extension. Having considered the motion, the Court finds that it should be and is hereby **GRANTED.** Accordingly, it is **ORDERED** that the deadlines are amended as follows:

| | |
|---|---|
| Initial Expert Designation & Report | March 22, 2016 |
| Responsive Expert Designation & Report | April 21, 2016 |
| Rebuttal Expert Designation | May 21, 2016 |
| Expert Discovery Deadline | June 20, 2016 |

**SO ORDERED** on this **25th day** of **January, 2016.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE