IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANOJ P. SINGH, individually and on behalf of all others similarly situated | § § § | |
| v. | § § § § | |
| RADIOSHACK CORPORATION, JAMES F. GOOCH, JOSEPH C. MAGNACCA, MARTIN O. MOAD, ROBERT E. ABERNATHY, FRANK J. BELATTI, H. EUGENE LOCKHART, JACK L. MESSMAN, THOMAS G. PLASKETT, EDWINA D. WOODBURY, RADIOSHACK 401 (K) PLAN ADMINISTRATIVE COMMITTEE, RADIOSHACK PUERTO RICO PLAN EMPLOYEE BENEFITS COMMITTEE, AND DOES 1-10, | § § § § § § § § § § § § § § | Case No. 4:14-cv-00959<br><br>Hon. Reed C. O'Connor |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that D. Craig Brinker of the firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 4800 Bank of America Plaza, 901 Main Street, Dallas, Texas 75202-3758, telephone 214-698-8000, facsimile 214-698-1101, hereby enters appearance as counsel for James F. Gooch, Joseph C. Magnacca, Robert E. Abernathy, Frank J. Belatti, Julia A. Dobson, Daniel A. Feehan, Fl. Eugene Lockhart, Jack L. Messman, Thomas G. Plaskel, Edwina D. Woodbury, Mark Barfield, Karina Davis, Eric Hales, Justin Johnson, Michael Keyser, Kevin Krautkramer, Martin Moad, Sri Reddy, As individuals and on behalf of the RadioShack 401 (k) Plan Administrative Committee, and the RadioShack Puerto Rico 1165(e) Plan Administrative

Committee, in the above-styled and numbered cause, and requests to be copied with all pleadings, discovery or other documents in this matter.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ D. Craig Brinker
D. Craig Brinker
State Bar No. 030033200
4800 Bank of America Plaza
901 Main Street
Dallas, Texas 75202-3758
Tel:  214-698-8000
Fax:  214-698-1101
craig.brinker@wilsonelser.com

**ATTORNEYS FOR:**
Mr. James F. Gooch
Mr. Joseph C. Magnacca
Mr. Robert E. Abernathy
Mr. Frank J. Belatti
Ms. Julia A. Dobson
Mr. Daniel A. Feehan
Mr. Fl. Eugene Lockhart
Mr. Jack L. Messman
Mr. Thomas G. Plaskel!
Ms. Edwina D. Woodbury
Mr. Mark Barfield
Ms. Karina Davis
Mr. Eric Hales
Mr. Justin Johnson
Mr. Michael Keyser
Mr. Kevin Krautkramer
Mr. Martin Moad
Mr. Sri Reddy
As individuals and on behalf of the RadioShack 401 (k) Plan Administrative Committee and the RadioShack Puerto Rico 1165(e) Plan Administrative Committee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of February, 2016, a copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure:

/s/ D. Craig Brinker
D. Craig Brinker