IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION § § § § § THIS DOCUMENT RELATED TO: ALL § ACTIONS § § § | Master File No. 4:14-cv-959-O |

## ORDER REQUIRING EXPEDITED BRIEFING

Before the Court is Plaintiffs' Expedited Motion to Stay All Proceedings Pending Filing of Second Amended Complaint and Motion to Dismiss Briefing Related Thereto (ECF No. 158), filed February 4, 2016. The Certificate of Conference states that the RadioShack Defendants are opposed to Plaintiffs' motion to stay these proceedings.

The Court finds that expedited briefing is necessary to resolve this motion in a timely fashion. *See* L.R. 7.1. Accordingly, it is **ORDERED** that Defendants' response to this motion is due on or before **February 8, 2016.**

SO ORDERED on this **5th day** of **February, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE