IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | §§§§§§§§§§§§§§ Civil Action No. 4:14-cv-959-O |

### ORDER

Before the Court is the parties' Unopposed Motion to Extend Time to File Reply (ECF No. 169), filed February 25, 2016.  Defendants Wells Fargo Bank, N.A. and Banco Popular de Puerto Rico (the "Trustee Defendants") request that the March 1, 2016 deadline to reply to the RadioShack Defendants' (the "Non-Settling Defendants") Objection to the offset method in the Court's preliminarily approved bar order be extended to March 15, 2016.  Having considered the motion, the Court finds that it should be and is hereby **GRANTED.**

Accordingly, it is **ORDERED** that the deadline for the Trustee Defendants to reply to the Non-Settling Defendants' Motion is extended to **March 15, 2016.**

**SO ORDERED** on this **26th day** of **February, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE