IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | § § § § § § § § § § § § §   Civil Action No. 4:14-cv-959-O |

## ORDER

Before the Court is Plaintiffs' Expedited Unopposed Motion to Amend Dates Set Forth in Amended Preliminary Approval Order (ECF No. 175), filed March 22, 2016. Plaintiffs request that the Court extend certain dates set in the Court's January 27, 2016, Amended Preliminary Approval Order[1] (ECF No. 156), in light of ongoing discussions between the parties, their Stipulation Withdrawing the RadioShack Defendants' Opposition to the Motion for an Order Approving the Bar Order (ECF No. 174), and the need to alter the Class Notice and Publication Notice to reflect their recent agreements. Having considered the motion, the Court finds that it should be and is hereby **GRANTED.**

**IT IS ORDERED THAT:**

1.   The deadline by which the Settlement Administrator shall cause the dissemination of the Class Notice, publication of the Publication Notice, and posting of the Notices to the

---

[1] Amended Order Granting Preliminary Approval of Class Action Settlement, Preliminarily Certifying a Class For Settlement Purposes, Approving Form and Manner of Class Notice, Preliminarily Approving Plan of Allocation, Preliminarily Approving the Bar Order, and Scheduling a Date for a Fairness Hearing (the "Amended Preliminary Approval Order") (ECF No. 156).

dedicated Settlement website is hereby extended from March 25, 2016 to April 8, 2016 (replacing ECF No. 156 ¶ 10).

2. The Fairness Hearing originally scheduled for June 27, 2016, at 9:00 a.m. is hereby adjourned to July 18, 2016, at 10 a.m. (replacing ECF No. 156 ¶ 9). Because the Fairness Hearing shall take place after July 11, 2016, additional dates tied to the Fairness Hearing do not need to be altered. *See* Pls.' Mot. 4-5, ECF No. 175.

3. Plaintiffs shall modify the Class Notice and Publication Notice to reflect the modified dates agreed to and approved by the Court in this Order.

**SO ORDERED** on this **23rd day** of **March, 2016**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**