UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION ) ) ) | MASTER FILE NO. 4:14-cv-00959-O |
| THIS DOCUMENT RELATES TO: ) ) | Class Action |
| ALL ACTIONS ) ) | Jury Demanded |

### RULE 25(a)(1) NOTICE OF DISMISSAL OF STEVEN WOLPIN

On November 13, 2015, Named Plaintiffs Manoj P. Singh, Jeffrey Snyder, and William A. Gerhart ("Plaintiffs") filed a Suggestion of Death per Fed. R. Civ. P. 25 concerning Named Plaintiff Steven Wolpin who passed away on October 30, 2015. Dkt. No. 119. Per Rule 25, if a motion for substitution "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). Given that there was no proposed substitution of party for Mr. Wolpin before the expiration of the 90-day period on February 11, 2016, Plaintiffs submit the instant Notice requesting that Mr. Wolpin's claims be dismissed in accordance with Fed. R. Civ. P. 25(a)(1). As contemplated in § 1.43 of the Class Action Settlement Agreement and Release Between Plaintiffs and Defendants Wells Fargo Bank, N.A. and Banco Popular De Puerto Rico, final approval of which Plaintiffs move for in a separate filing today, the dismissal of Mr. Wolpin's claims is without prejudice to Mr. Wolpin's estate being able to participate "as a member of the Settlement Class."

1

Dated: June 10, 2016 Respectfully submitted,

  /s/ Mark K. Gyandoh
**KESSLER TOPAZ MELTZER & CHECK LLP**
Edward W. Ciolko (*admitted Pro Hac Vice*)
Donna Siegel Moffa (*admitted Pro Hac Vice*)
Mark K. Gyandoh (*admitted Pro Hac Vice*)
Julie Siebert-Johnson (*admitted Pro Hac Vice*)
280 King Of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: eciolko@ktmc.com
      dmoffa@ktmc.com
      mgyandoh@ktmc.com
      jsjohnson@ktmc.com

*Interim Lead Class Counsel Committee Chair*

Gerald D. Wells, III (*admitted Pro Hac Vice*)
Robert J. Gray (*admitted Pro Hac Vice*)
**CONNOLLY WELLS & GRAY, LLP**
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA 19406
Telephone: (610) 822-3700
Facsimile: (610) 822-3800
Email: gwells@cwg-law.com
      rgray@cwg-law.com

Michael J. Klein (*admitted Pro Hac Vice*)
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: mklein@ssbny.com

*Interim Lead Class Counsel Committee Members*

Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
**LACKEY HERSHMAN, LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone:     (214) 560-2201
Facsimile:      (214) 560-2203
Email: rlm@lhlaw.net
          beb@lhlaw.net

*Interim Liaison Class Counsel*

George C. Aguilar (*admitted Pro Hac Vice*)
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: gaguilar@robbinsarroyo.com

*Counsel for Plaintiff Wolpin*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 10, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

                 /s/ *Mark K. Gyandoh*
                 Mark K. Gyandoh