IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER FILE NO. 4:14-cv-00959-O |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS
AND APPROVAL OF PLAN OF ALLOCATION**

Named Plaintiffs Jeffrey Snyder, Manoj P. Singh, and William A. Gerhart ("Plaintiffs"), on behalf of the Settlement Class of participants in the RadioShack 401(k) Plan and the RadioShack Puerto Rico 1165(e) Plan (the "Plans"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for entry of the Final Approval Order and Judgment that:

1. Approves the proposed Class Action Settlement Agreement and Release Between Plaintiffs and Defendants Wells Fargo Bank, N.A. and Banco Popular De Puerto Rico (the "Settlement" or "Settlement Agreement") as fair, reasonable and adequate;

2. Approves the proposed Plan of Allocation;

3. Certifies the Settlement Class and appoints Named Plaintiffs as class representatives for the Settlement Class;

4. Appoints the law firms of Kessler Topaz Meltzer & Check, LLP ("KTMC"), Stull, Stull & Brody ("SSB"), and Connelly Wells & Gray LLP ("CWG") as Class Counsel for the Settlement Class, and Lackey Hershman L.L.P. ("Lackey Hershman") as Liaison Counsel for the Settlement Class;

5. Finally approves the Bar Order;

6. Determines that the Trustee Defendants complied with the Class Action Fairness Act ("CAFA"); and

7. Grants such other and further relief as the Court may deem just and proper.

The grounds for the Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Certification of Settlement Class and Approval of Plan of Allocation; and

B. Declaration of Mark K. Gyandoh in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of the Plan of Allocation and Motion For an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Case Contribution Awards to the Named Plaintiffs, and all exhibits thereto.

Dated: June 10, 2016                     Respectfully submitted,

                                          /s/ Mark K. Gyandoh
                                         **KESSLER TOPAZ MELTZER & CHECK LLP**
                                         Edward W. Ciolko (*admitted Pro Hac Vice*)
                                         Donna Siegel Moffa (*admitted Pro Hac Vice*)
                                         Mark K. Gyandoh (*admitted Pro Hac Vice*)
                                         Julie Siebert-Johnson (*admitted Pro Hac Vice*)
                                         280 King Of Prussia Road
                                         Radnor, PA 19087
                                         Telephone: (610) 667-7706
                                         Facsimile: (610) 667-7056
                                         Email: eciolko@ktmc.com
                                                dmoffa@ktmc.com
                                                mgyandoh@ktmc.com
                                                jsjohnson@ktmc.com

                                         *Interim Lead Class Counsel Committee Chair*

Gerald D. Wells, III (*admitted Pro Hac Vice*)
Robert J. Gray (*admitted Pro Hac Vice*)
**CONNOLLY WELLS & GRAY, LLP**
2200 Renaissance Boulevard
Suite 308
King of Prussia, PA 19406
Telephone: (610) 822-3700
Facsimile: (610) 822-3800
Email: gwells@cwg-law.com
       rgray@cwg-law.com

Michael J. Klein (*admitted Pro Hac Vice*)
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: mklein@ssbny.com

*Interim Lead Class Counsel Committee Members*

Roger L. Mandel
State Bar No. 12891750
Bruce E. Bagelman
State Bar No. 01509700
**LACKEY HERSHMAN, LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Facsimile: (214) 560-2203
Email: rlm@lhlaw.net
       beb@lhlaw.net

*Interim Liaison Class Counsel*

George C. Aguilar
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991

*Plaintiffs' Counsel*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

                                                  /s/ *Mark K. Gyandoh*
                                                  Mark K. Gyandoh