IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | § | |
|---|---|---|
| | § | |
| IN RE 2014 RADIOSHACK ERISA | § | |
| LITIGATION | § | |
| | § | Master File No. 4:14-cv-959-O |
| | § | |
| THIS DOCUMENT RELATED TO: | § | |
| ALL ACTIONS | § | |
| | § | |

ORDER GRANTING PLAINTIFFS' MOTION FOR AN
AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND CASE CONTRIBUTION AWARDS TO NAMED PLAINTIFFS

Before the Court is Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to Named Plaintiffs ("Fee Motion") and Brief in Support (ECF Nos. 184-85). Plaintiffs' Fee Motion was heard on July 18, 2016.

The Court having considered papers submitted in support of the Fee Motion and any opposition thereto, and finding that no objections have been filed with regard to the Fee Motion, and for good cause having been shown, Plaintiffs' Fee Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED THAT,**

1. Class Counsel is hereby awarded attorneys' fees in the amount of 30% ($270,000.00) of the Settlement Fund, which the Court finds to be fair and reasonable, and $40,616.03 in reimbursement of Class Counsel's reasonable litigation expenses incurred in prosecuting the Action. The attorneys' fees and expenses so awarded shall be paid from the Qualified Settlement Fund pursuant to the terms of the Class Action Settlement Agreement and Release Between Plaintiffs and Defendants Wells Fargo Bank, N.A. and Banco Popular De Puerto Rico (the "Settlement" or "Settlement Agreement"), as provided in the Settlement Agreement, with interest on such amounts

from the date the Qualified Settlement Fund was funded to the date of payment at the same net rate that the Qualified Settlement Fund earns. All fees and expenses paid to Class Counsel shall be paid pursuant to the timing requirements described in the Settlement Agreement.

2. Named Plaintiffs Manoj P. Singh, Jeffrey Snyder, and William A. Gerhart are hereby awarded Case Contribution Awards in the amount of $5,000 each.

3. In making this award of attorneys' fees and reimbursement of expenses to be paid from the Qualified Settlement Fund, and the compensation awards to the Named Plaintiffs, the Court has considered and conditionally finds that:

a) The Settlement achieved as a result of the efforts of Class Counsel has created a fund of $900,000.00 in cash that is already on deposit, plus interest thereon, and will benefit thousands of Settlement Class Members;

b) Class Counsel have conducted the litigation and achieved the Settlement with skill, perseverance, and diligent advocacy;

c) The Action involves complex factual and legal issues prosecuted over thirteen months and, in the absence of a settlement, would involve further lengthy proceedings with uncertain resolution of the complex factual and legal issues;

d) Had Class Counsel not achieved the Settlement, there would remain a significant risk that the Named Plaintiffs and the Settlement Class may have recovered less or nothing from Defendants;

e) The amount of attorneys' fees awarded and expenses reimbursed from the Qualified Settlement Fund are consistent with awards in similar cases; and

f) The Named Plaintiffs rendered valuable services to the Settlement Class. Without their participation, there would have been no case and no Settlement.

Accordingly, Plaintiffs' Fee Motion (ECF No. 184) is hereby **GRANTED**.

**SO ORDERED** on this **19th day** of **July 2016**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**