**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| **IN RE 2014 RADIOSHACK ERISA** | § | |
| **LITIGATION** | § | |
| | § | **Master File No. 4:14-cv-959-O** |
| | § | |
| **THIS DOCUMENT RELATED TO:** | § | |
| **ALL ACTIONS** | § | |
| | § | |

**ORDER**

Before the Court is Defendants' Unopposed Motion for Leave to File Notice of Supplmental Authority (ECF No. 198), filed September 9, 2016.  Defendants seek leave to file a Report and Recommendation issued in the United States District Court for the Eastern District of Texas titled, *In re Pilgrim's Pride Stock Investment Plan ERISA* Litigation, No. 2:08-cv-472-JRG-RSP (Aug. 19, 2016).  Defendants indicate that Plaintiffs are not opposed to this motion.

Having considered Defendants' motion, the Court finds that the motion should be and is hereby **GRANTED.**

**SO ORDERED** on this **12th day** of **September, 2016.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**