IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION | § § § § § § § § § § § Master File No. 4:14-cv-959-O |
| THIS DOCUMENT RELATED TO: ALL ACTIONS | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Notice of Supplmental Authority (ECF No. 201), filed September 12, 2016.  Plaintiffs seek leave to file *Brannen v. First Citizens Bankshare Inc. Employee Stock Ownership Plan with 401(k) provisions et al.*, No. 6:15-cv-30, 2016 WL 4499458 (S.D. Ga. Aug. 26, 2016) in support of their opposition to Defendants' motion to dismiss.  Defendants are not opposed to this motion.

Having considered Plaintiffs' motion, the Court finds that it should be and is hereby **GRANTED.**

**SO ORDERED** on this **13th day** of **September, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE