IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE 2014 RADIOSHACK ERISA LITIGATION <br><br> THIS DOCUMENT RELATED TO: ALL ACTIONS | § § § § § § § § § § | Master File No. 4:14-cv-959-O |

FINAL JUDGMENT

The Court issued its Order granting Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. *See* Order, September 29, 2016, ECF No. 208. It is therefore **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.**[1]

**SO ORDERED** on this **29th day of September, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Defendants filed a Motion for Leave to File Supplemental Authority in Support of their Motion to Dismiss Plaintiffs' Second Amended Complaint and an Appendix in Support on September 28, 2016. *See* ECF Nos. 206-07. In light of the Court's September 29, 2016 Order, Defendants' Motion is **DENIED as moot.**